# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **DAMON JOHN TRELOAR,** Defendant. | PO-22-5119-GF-JTJ  VIOLATION: E1102325 Location Code: M13  **ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench trial scheduled for October 6, 2022 is **VACATED**.

DATED this  5th   day of October, 2022.

John Johnston
United States Magistrate Judge